

## May 23, 2014

| CAAP–13–0000426 | Gentry, In re Estate of | Affirmed |
|---|---|---|
| CAAP–12–0000778 | Noel Madamba Contracting LLC v. Romero | Affirmed |
| CAAP–13–0000073 | Perkins v. Perkins | Affirmed |
| CAAP–13–0000393 | State v. Glover | Affirmed |
| CAAP–12–0000032 | State v. Rushforth | Vacated and Remanded |
| CAAP–12–0000840 | State v. Shimkus | Affirmed |
| CAAP–13–0001782 | Steingrebe v. Steingrebe | Affirmed |
| CAAP–13–0000703 | Wong v. Hawaiian Airlines, Inc. | Affirmed |

## May 28, 2014

| CAAP–13–0000785 | Kolio v. Hawai'i Public Housing Authority | Affirmed |
|---|---|---|
| CAAP–13–0000410 | State v. Parker | Affirmed |
| CAAP–12–0000902 | State v. Shigemura | Affirmed |
| CAAP–12–0001086 | State v. Tavares | Affirmed |
| CAAP–12–0000903 | State v. Tuisamatatele | Affirmed |

## May 29, 2014

| CAAP–13–0000208 | Citibank, N.A. v. Freitas | Affirmed |
|---|---|---|
| CAAP–11–0000672, CAAP–11–0000776 | Fukumitsu v. Fukumitsu | Affirmed |
| CAAP–12–0000495 | State v. Edens | Affirmed |